UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE SUN,

        Plaintiff/Counter-Defendant,

-vs-

UNITED OF OMAHA LIFE INSURANCE
COMPANY, a foreign corporation,

        Defendant/Counter-Plaintiff.

Case No. 2:16-cv-11339-VAR-RSW

Hon. Victoria A. Roberts

_____/

## STIPULATED ORDER FOR ENTRY OF JUDGMENT

This matter is before the Court upon the agreement of the Plaintiff and Defendant as evidenced by the below signatures, for entry of Judgment against both Plaintiff and Defendant. The Court finds good cause for entry of this Judgment and is otherwise fully advised in the premises.

NOW THEREFORE,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Julia Sun ("Sun") is awarded $56,398.25 in damages against United of Omaha Life Insurance Company ("Omaha") for disability benefits through August 8, 2017 (the "Benefit Amount").

2. Sun is awarded $16,850.00 in attorney fees against Omaha ("Fees").

3. Omaha is awarded $25,476.67 in damages against Sun for retrospective social security payments ("Offset Amount").

4. Sun's aggregate awarded damages shall equal the Benefit Amount, plus Fees, less the Offset Amount, for a total of $47,771.58 (the "Aggregate Award").

5. Omaha shall, within 7 days of entry of this Order, pay the Aggregate Award as follows: (a) $16,850.00 payable to Sun's counsel Larry R. Kipke; and (b) $30,921.58 payable to Sun.

6. This Court shall retain jurisdiction to enforce the terms of this Judgment, including, but not limited to, any and all post-judgment collection actions or proceedings undertaken by Plaintiffs to collect or otherwise enforce this Judgment.

7. This Judgment resolves all issues with respect to Sun's claim for disability benefits from Omaha from April 6, 2013 to August 8, 2017.

8. This Judgment shall be final upon entry hereof, and any and all rights of appeal, whether by right or permission, in regard to Plaintiff's long term disability benefits for the time period of April 6, 2013 to August 8, 2017 for any reason whatsoever, are waived by all parties.

s/Victoria A. Roberts
VICTORIA A. ROBERTS
United States District Judge

Dated: August 10, 2017

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/Larry R. Kipke | /s/James E. Brenner |
| LARRY R. KIPKE (P39926) | JAMES E. BRENNER (P11178) |
| Counsel for Plaintiff | Counsel for Defendant |
| 105 Cass Avenue | 500 Woodward Avenue, Ste 3500 |
| Mount Clemens, MI 48043-2203 | Detroit, MI 48226 |
| (586) 468-5819 | (313) 965-3300 |
| larrykipkeLRKaal@gmail.com | jbrenner@clarkhill.com |
| DATED: 8/8/2017 | DATED:8/8/2017 |